UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

In Re:

Stanley E. Warren
Emma G. Warren

DEBTORS

Order Filed on September 6,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No:    16-23055 JKS

Chapter: 7

Hearing Date: September 6, 2016

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 6,
2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of , under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 231 North Day Street, Orange NJ 07050**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies

including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially

pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,

short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's

Sale (or purchaser's assignee) may take any legal action for enforcement of its right to

possession of the Property.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23055-JKS
Stanley E. Warren                                                         Chapter 7
Emma G. Warren
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1              Date Rcvd: Sep 07, 2016
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db/jdb           +Stanley E. Warren,    Emma G. Warren,    231 N. Day Street,    Orange, NJ 07050-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Linwood A. Jones    on behalf of Joint Debtor Emma G. Warren linwood.jones@worldnet.att.net
              Linwood A. Jones    on behalf of Debtor Stanley E. Warren linwood.jones@worldnet.att.net
              Michael E. Blaine   on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                             TOTAL: 5