**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stanley E. Warren** | Social Security number or ITIN **xxx−xx−2234** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Emma G. Warren** | Social Security number or ITIN **xxx−xx−1162** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16−23055−JKS**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stanley E. Warren                    Emma G. Warren

10/7/16                    **By the court:**  John K. Sherwood
                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                                    **Order of Discharge**                                    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley E. Warren  
Emma G. Warren  
    Debtors

Case No. 16-23055-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Oct 07, 2016
                Form ID: 318     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
```
db/jdb         +Stanley E. Warren,    Emma G. Warren,    209 Park Ave, ist Fl,    East Orange, NJ 07017-4405
516276122       Chase Auto Finance,    Po Box 901003,    Columbus, OH 43224
516276123      +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516276126      +Cnac - PA 101,    2460 Freemansburg Ave,    Easton, PA 18042-5318
516276125      +Cnac - PA 101,    110 N Courtland St,    East Stroudsburg, PA 18301-2104
516276138      +Ford Credit,    Po Box 30253,    Salt Lake City, UT 84130-0253
516276139      +KML Law Group,    Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
516276140      +Midfirst Bank,    MidFirst Plaza,    501 NW Grand Blvd.,    Oklahoma City, OK 73118-6037
516276141      +Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516276144      +Savit Coll,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516276143      +Savit Coll,    Po Box 250,    East Brunswick, NJ 08816-0250
516276152       Visa Dept Store National Bank,    911 Duke Blvd,    Mason, OH 45040
516276151      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 07 2016 23:14:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 07 2016 23:14:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516276116       EDI: BANKAMER.COM Oct 07 2016 22:53:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
516276115      +EDI: BANKAMER.COM Oct 07 2016 22:53:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516276118      +EDI: CAPITALONE.COM Oct 07 2016 22:53:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
516276117      +EDI: CAPITALONE.COM Oct 07 2016 22:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516276119      +EDI: CAPONEAUTO.COM Oct 07 2016 22:53:00      Capital One Auto Finance,    7933 Preston Rd,
                 Plano, TX 75024-2302
516276120      +EDI: CAPONEAUTO.COM Oct 07 2016 22:53:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
516276121      +EDI: CAUT.COM Oct 07 2016 22:53:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516276124      +EDI: SEARS.COM Oct 07 2016 22:53:00      Citibank / Sears,    Po Box 6282,
                 Sioux Falls, SD 57117-6282
516276127      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Catherines,    Po Box 182125,
                 Columbus, OH 43218-2125
516276128      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Catherines,    4590 E Broad St,
                 Columbus, OH 43213-1301
516276129      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Pier 1,    Po Box 182125,
                 Columbus, OH 43218-2125
516276130      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Pier 1,    4590 E Broad St,
                 Columbus, OH 43213-1301
516276131      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Sizes,    Po Box 182125,
                 Columbus, OH 43218-2125
516276132      +EDI: WFNNB.COM Oct 07 2016 22:53:00      Comenity Bank/Sizes,    Po Box 182789,
                 Columbus, OH 43218-2789
516276133      +EDI: CCS.COM Oct 07 2016 22:53:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
516276134      +EDI: CCS.COM Oct 07 2016 22:53:00      Credit Collections Svc,    Po Box 607,
                 Norwood, MA 02062-0607
516276136      +EDI: RCSFNBMARIN.COM Oct 07 2016 22:53:00      Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
516276135      +EDI: RCSFNBMARIN.COM Oct 07 2016 22:53:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516276137       EDI: FORD.COM Oct 07 2016 22:53:00      Ford Credit,    National Bankrupcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
516276142      +EDI: CITICORP.COM Oct 07 2016 22:53:00      Radio Shack/Citibank,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
516276146      +EDI: RMSC.COM Oct 07 2016 22:53:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
516276145      +EDI: RMSC.COM Oct 07 2016 22:53:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
516276147      +EDI: CHRYSLER.COM Oct 07 2016 22:53:00      TD Auto Financial,    Td Auto Finance,
                 Po Box 551080,    Jacksonville, FL 32255-1080
516276148      +EDI: CHRYSLER.COM Oct 07 2016 22:53:00      TD Auto Financial,    Po Box 9223,
                 Farmington, MI 48333-9223
516276150       EDI: TFSR.COM Oct 07 2016 22:53:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 07, 2016
                              Form ID: 318             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
516276149        EDI: TFSR.COM Oct 07 2016 22:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
         Po Box 8026,   Cedar Rapids, IA 52408
                                                                                                 TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Linwood A. Jones    on behalf of Joint Debtor Emma G. Warren linwood.jones@worldnet.att.net
              Linwood A. Jones    on behalf of Debtor Stanley E. Warren linwood.jones@worldnet.att.net
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                                 TOTAL: 5