Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16–23055–JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stanley E. Warren | Emma G. Warren |
| 209 Park Ave, ist Fl | 209 Park Ave, ist Fl |
| East Orange, NJ 07017 | EastOrange, NJ 07017 |

Social Security No.:
  xxx–xx–2234                                    xxx–xx–1162

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 25, 2016</u>                <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court